1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OLYMPIC TUG & BARGE, INC., et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>LOVEL BRIERE LLC,<br><br>　　　　　　　　Defendant. | CASE NO. C22-1530JLR<br><br>ORDER |

Before the court is Plaintiffs Olympic Tug & Barge, Inc. and Harley Marine Financing LLC's (collectively, "Plaintiffs") emergency motion for a temporary restraining order. (TRO Mot. (Dkt. # 3).) Plaintiffs seek a temporary restraining order and preliminary injunction to prevent Defendant Lovel Briere LLC ("Lovel") from declaring a breach of a bareboat charter and seizing the vessel that is the subject of the charter. (*Id.* at 2.) The court ORDERS Plaintiffs to file proof that they have either provided notice of their motion to Lovel or met the requirements of Federal Rule of Civil

ORDER - 1

Procedure 65(b) and Local Civil Rule 65(b) for issuing a temporary restraining order without notice. *See* Fed. R. Civ. P. 65(b)(1) (requiring the movant to (A) provide specific facts that "clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition" and (B) certify "in writing any efforts made to give notice and the reasons why it should not be required"); Local Rules W.D. Wash. LCR 65(b)(1) (stating that unless the requirements of Federal Rule of Civil Procedure 65(b) are met, the moving party "must serve all motion papers on the opposing party . . . before or contemporaneously with the filing of the motion and include a certificate of service with the motion" and include contact information for opposing counsel or an unrepresented party). Plaintiffs shall make this filing by no later than **4:00 p.m. on October 28, 2022**.

Dated this 28th day of October, 2022.

JAMES L. ROBART
United States District Judge