THE HON. JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OLYMPIC TUG & BARGE, INC., a Washington corporation, and HARLEY MARINE FINANCING, LLC, a Delaware limited liability company,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>LOVEL BRIERE LLC, a Nevada limited liability company,<br><br>　　　　　　　Defendant. | IN ADMIRALTY<br><br>Case No. 2:22-cv-01530<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER |

　　　THIS MATTER having come before the Court on the emergency motion of Plaintiffs Olympic Tug & Barge, Inc., and Harley Marine Financing, LLC (together, "Plaintiffs"), for entry of a temporary restraining order ("TRO") against Lovel Briere LLC ("Lovel") enjoining it from declaring a breach of a bareboat charter agreement (the "Agreement") relating to the vessel Lovel Briere (the "Vessel") and arresting the Vessel based on such a breach.  (Mot. (Dkt. # 3).)  Plaintiffs provided counsel for Lovel notice of the filing of their complaint and

{22914/0001/02996408-1} [PROPOSED] ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER

MONTGOMERY PURDUE PLLC
ATTORNEYS AT LAW
5500 COLUMBIA CENTER
701 FIFTH AVENUE
SEATTLE, WA  98104-7096
(206) 682-7090 TEL
(206) 625-9534 FAX

motion for a temporary restraining order by email on October 27, 2022, at 4:43 p.m. (*See* Gossler Decl. (Dkt. # 9) ¶ 3, Ex. A.) Lovel has not filed with the court notice that it intends to oppose Plaintiffs' motion for a temporary restraining order. (*See generally* Dkt.); *see* Local Rules W.D. Wash. LCR 65(b)(4) (requiring the non-movant to file a notice indicating whethre it plans to oppose a motion for temporary restraining order within 24 hours after service of the motion).

The Court having considered the motion and all papers filed in support of the same; and the Court being fully advised in the premises; and the Court having found that (a) Plaintiffs are likely to succeed on the merits of their claim for a declaratory judgment, (b) there is a likelihood that Plaintiffs will be irreparably harmed absent entry of a TRO, (c) the balance of equities favors Plaintiffs, and (d) entry of the requested TRO is in the public interest; now, therefore,

IT IS HEREBY ORDERED THAT:

1. Plaintiffs' motion for a TRO is GRANTED;

2. Lovel is hereby enjoined from (a) declaring a breach of the Charter Agreement relating in any way to the increase in the hire rate proposed by Lovel in its letter of September 27, 2022, attached as Exhibit B to Plaintiffs' complaint (Dkt. # 1); and (b) arresting the Vessel based on any such breach.

3. Plaintiffs shall file with the court proof that they have served this order on Lovel by no later than 5:00 p.m. on Monday, October 31, 2022.

4. The court will set a briefing schedule and hearing to determine whether Lovel

{22914/0001/02996408-1}   [PROPOSED] ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER–2

MONTGOMERY PURDUE PLLC
ATTORNEYS AT LAW
5500 COLUMBIA CENTER
701 FIFTH AVENUE
SEATTLE, WA 98104-7096
(206) 682-7090 TEL
(206) 625-9534 FAX

should be preliminarily enjoined from the actions in Paragraph 2 above after counsel for Lovel have appeared in this action.

5. Plaintiffs shall provide security of $75,000 pursuant to Federal Rule of Civil Procedure 65(c) in connection with this temporary restraining order.

6. Pursuant to Federal Rule of Civil Procedure 65(b)(2), the temporary restraining order instituted by this order expires 14 days from the date of this order unless the court issues an extension for good cause or the parties consent to an extension. *See* Fed. R. Civ. P. 65(b)(2).

DATED this 31st day of October, 2022.

_____
The Honorable James L. Robart
United States District Judge

{22914/0001/02996408-1}   [PROPOSED] ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER–3

MONTGOMERY PURDUE PLLC
ATTORNEYS AT LAW
5500 COLUMBIA CENTER
701 FIFTH AVENUE
SEATTLE, WA  98104-7096
(206) 682-7090 TEL
(206) 625-9534 FAX

PRESENTED BY:

_____
Kevin H. Marino
(Pro Hac Vice application to be submitted)
kmarino@khmarino.com
John D. Tortorella
(Pro Hac Vice application to be submitted)
jtortorella@khmarino.com
John A. Boyle
(Pro Hac Vice application to be submitted)
jboyle@khmarino.com
**Marino, Tortorella & Boyle, P.C.**
437 Southern Boulevard
Chatham, NJ  07928-1488
Telephone: 973.824.9300
Facsimile: 973.824.8425

_____
Michael E. Gossler, WSBA No. 11044
mgossler@montgomerypurdue.com
**Montgomery Purdue PLLC**
5500 Columbia Center
701 Fifth Avenue
Seattle, WA  98104-7096
(206) 682-7090 Tel
(206) 625-9534 Fax

*Attorneys for Plaintiffs*

{22914/0001/02996408-1}   [PROPOSED] ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER–4

MONTGOMERY PURDUE PLLC
ATTORNEYS AT LAW
5500 COLUMBIA CENTER
701 FIFTH AVENUE
SEATTLE, WA  98104-7096
(206) 682-7090 TEL
(206) 625-9534 FAX