UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OLYMPIC TUG & BARGE, INC., et al., <br><br>                    Plaintiffs, <br><br>        v. <br><br> LOVEL BRIERE LLC, <br><br>                    Defendant. | CASE NO. C22-1530JLR <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court will hold a telephonic conference on November 2, 2022, at 10:00 a.m., to discuss setting a briefing schedule on Plaintiffs' motion for a preliminary injunction. (*See* Mot. (Dkt. # 3).) Instructions for calling in to the conference will be sent to counsel by email. Counsel for Plaintiffs shall serve a copy of this order on counsel for Defendant.

//

MINUTE ORDER - 1

1 | Filed and entered this 1st day of November, 2022.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2