THE HON. JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OLYMPIC TUG & BARGE, INC. a Washington corporation, and HARLEY MARINE FINANCING, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>LOVEL BRIERE, LLC, a Nevada limited liability company,<br><br>Defendant. | IN ADMIRALTY<br><br>Case No. 2:22-cv-01530-JLR<br><br>[~~PROPOSED~~] STIPULATION AND ORDER REGARDING AMENDED COUNTERCLAIMS<br><br>NOTE ON MOTION CALENDAR (SAME DAY MOTION): FRIDAY, JANUARY 13, 2023 |

WHEREAS, on November 21, 2022, Defendant, Lovel Briere, LLC, filed its Answer, Affirmative Defenses, and Counterclaims (the "Original Counterclaims") (ECF No. 23);

WHEREAS, on December 12, 2022, Plaintiffs, Olympic Tug & Barge, Inc., and Harley Marine Financing, LLC (together, "Plaintiffs") moved to dismiss the Original Counterclaims (ECF No. 28) (the "Motion to Dismiss");

WHEREAS, on January 9, 2023, Defendant filed: (i) a response in opposition to the Motion to Dismiss (ECF No. 30); and (ii) a motion to amend the Original Counterclaims (the "Motion to Amend") (ECF No. 31);

WHEREAS, the parties believe that the interests of judicial economy would be best served by Plaintiffs (1) withdrawing their pending Motion to Dismiss the Original

{22914/0001/03073667-1}
[~~PROPOSED~~] STIPULATION AND ORDER REGARDING AMENDED COUNTERCLAIMS
Case No. 2:22-cv-01530-JLR - 1

**MONTGOMERY PURDUE** PLLC
ATTORNEYS AT LAW
5500 COLUMBIA CENTER
701 FIFTH AVENUE
SEATTLE, WA 98104-7096
(206) 682-7090 TEL
(206) 625-9534 FAX

Counterclaims; and (2) consenting to Defendant amending the Original Counterclaims as proposed in the Motion to Amend (the "Amended Counterclaims"), without prejudice to Plaintiffs' right to respond to the Amended Counterclaims by motion or otherwise.

NOW THEREFORE, the parties having conferred and subject to the Court's approval, hereby agree as follows:

1. Plaintiffs hereby withdraw their Motion to Dismiss the Original Counterclaims (Dkt. # 28).

2. <u>Defendant's Motion to Amend (Dkt. # 31) is GRANTED.</u> Defendant shall file its Amended Counterclaims within fourteen (14) days of the Court's entry of this stipulated Order.

3. Plaintiffs shall move or otherwise respond to the Amended Counterclaims no later than twenty-one (21) days after Defendant files them.

DATED this 13th day of January, 2023.

*/s/ Kevin H. Marino*
Kevin H. Marino
(Admitted Pro Hac Vice)
kmarino@khmarino.com
John D. Tortorella
(Admitted Pro Hac Vice)
jtortorella@khmarino.com
John A. Boyle
(Pro Hac Vice application to be submitted)
jboyle@khmarino.com
**Marino, Tortorella & Boyle, P.C.**
437 Southern Boulevard
Chatham, NJ  07928-1488
Telephone: 973.824.9300
Facsimile: 973.824.8425

*/s/ Michael E. Gossler*
Michael E. Gossler, WSBA No. 11044
mgossler@montgomerypurdue.com
**Montgomery Purdue PLLC**
5500 Columbia Center
701 Fifth Avenue
Seattle, WA  98104-7096
(206) 682-7090 Tel
(206) 625-9534 Fax
*Attorneys for Plaintiffs*

*/s/ Jess G. Webster*
Jess G. Webster, WSBA No. 11402
Drew F. Duggan, WSBA No. 50796
**Miller Nash LLP**
Pier 70, 2801 Alaskan Way, Suite 300
Seattle, WA 98121-1128
Tel: (206) 624-8300
Fax: (206) 340-9599
Email: jess.webster@millernash.com
Email: drew.duggan@millernash.com

*Attorneys for Defendant*

{22914/0001/03073667-1}
[~~PROPOSED~~] STIPULATION AND ORDER
REGARDING AMENDED COUNTERCLAIMS
Case No. 2:22-cv-01530-JLR - 2

**MONTGOMERY PURDUE PLLC**
ATTORNEYS AT LAW
5500 COLUMBIA CENTER
701 FIFTH AVENUE
SEATTLE, WA  98104-7096
(206) 682-7090 TEL
(206) 625-9534 FAX

IT IS SO ORDERED.

DATED THIS 17th day of January, 2023

_____
The Honorable James L. Robart
UNITED STATES DISTRICT JUDGE

{22914/0001/03073667-1}
[PROPOSED] STIPULATION AND ORDER
REGARDING AMENDED COUNTERCLAIMS
Case No. 2:22-cv-01530-JLR - 3

**MONTGOMERY PURDUE** PLLC
ATTORNEYS AT LAW
5500 COLUMBIA CENTER
701 FIFTH AVENUE
SEATTLE, WA 98104-7096
(206) 682-7090 TEL
(206) 625-9534 FAX

PRESENTED BY:

*/s/ Kevin H. Marino*
Kevin H. Marino
(Admitted Pro Hac Vice)
kmarino@khmarino.com
John D. Tortorella
(Admitted Pro Hac Vice)
jtortorella@khmarino.com
John A. Boyle
(Pro Hac Vice application to be submitted)
jboyle@khmarino.com
**Marino, Tortorella & Boyle, P.C.**
437 Southern Boulevard
Chatham, NJ 07928-1488
Telephone: 973.824.9300
Facsimile: 973.824.8425


*/s/ Michael E. Gossler*
Michael E. Gossler, WSBA No. 11044
mgossler@montgomerypurdue.com
**Montgomery Purdue PLLC**
5500 Columbia Center
701 Fifth Avenue
Seattle, WA 98104-7096
(206) 682-7090 Tel
(206) 625-9534 Fax
*Attorneys for Plaintiffs*

{22914/0001/03073667-1}
[PROPOSED] STIPULATION AND ORDER
REGARDING AMENDED COUNTERCLAIMS
Case No. 2:22-cv-01530-JLR - 4

**MONTGOMERY PURDUE PLLC**
ATTORNEYS AT LAW
5500 COLUMBIA CENTER
701 FIFTH AVENUE
SEATTLE, WA 98104-7096
(206) 682-7090 TEL
(206) 625-9534 FAX