The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OLYMPIC TUG & BARGE, INC., a Washington corporation, and HARLEY MARINE FINANCING, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>LOVEL BRIERE LLC, a Nevada limited liability company,<br><br>Defendant. | IN ADMIRALTY<br><br>Case No. 2:22-cv-01530-JLR<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES FOR AMENDMENT OF PLEADINGS AND EXPERT WITNESS DISCLOSURES<br><br>[~~PROPOSED~~] |

This matter came before the Court upon Defendant's Stipulated Motion to Extend Deadlines for Amendment of Pleadings and Expert Witness Disclosures (the "Motion"), and the Court having considered the Motion and the pleadings on file in this case, it is HEREBY ORDERED that the Motion is GRANTED. The deadlines for amendments to pleadings and expert witness disclosures are extended by one week from February 21, 2024 to February 28, 2024.

DATED this 22nd day of February, 2024.

_____
JAMES L. ROBART
United States District Judge

DEFENDANT LOVEL BRIERE, LLC'S MOTION FOR LEAVE TO AMEND COUNTERCLAIMS - 1
(Case No. 2:22-cv-01530-JLR)

Miller Nash LLP
605 5th Avenue South, Suite 900
Seattle, WA 98104
206.624.8300 | Fax: 206.340.9599

4860-3390-7111.3

Presented by:

| | |
|---|---|
| */s/ Kevin H. Marino*<br>Kevin H. Marino (Admitted Pro Hac Vice)<br>John D. Tortorella (Admitted Pro Hac Vice)<br>John A. Boyle (Pro Hac Vice application to be submitted)<br>Marino, Tortorella & Boyle, P.C.<br>437 Southern Boulevard<br>Chatham, NJ 07928-1488<br>Telephone: 973.824.9300<br>Email: kmarino@khmarino.com<br>Email: jboyle@khmarino.com<br>Email: jtortorella@khmarino.com<br>Marino, Tortorella & Boyle, P.C.<br>437 Southern Boulevard<br>Chatham, NJ 07928-1488<br>Attorneys for Plaintiffs | s/ *Drew F. Duggan*<br>Jess G. Webster, WSBA No. 11402<br>Drew F. Duggan, WSBA No. 50796<br>Miller Nash LLP<br>605 5th Ave S, Ste 900<br>Seattle, WA 98104<br>Telephone: (206) 624-8300<br>Email: jess.webster@millernash.com<br>Email: drew.duggan@millernash.com<br>Attorneys for Defendant |
| */s/ Michael E. Gossler*<br>Michael E. Gossler, WSBA No. 11044<br>Montgomery Purdue PLLC<br>5500 Columbia Center<br>701 Fifth Avenue<br>Seattle, WA 98104-7096<br>(206) 682-7090 Tel<br>(206) 625-9534 Fax<br>Email: mgossler@montgomerypurdue.com<br>Attorneys for Plaintiffs | |

DEFENDANT LOVEL BRIERE, LLC'S MOTION FOR
LEAVE TO AMEND COUNTERCLAIMS - 2
(Case No. 2:22-cv-01530-JLR)

Miller Nash LLP
605 5th Avenue South, Suite 900
Seattle, WA 98104
206.624.8300 | Fax: 206.340.9599
4860-3390-7111.3