UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OLYMPIC TUG & BARGE, INC., et al.,<br><br>        Plaintiffs / Counter-Defendants,<br><br>  v.<br><br>LOVEL BRIERE, LLC,<br><br>        Defendant / Counter-Claimant. | CASE NO. C22-1530JLR<br><br>ORDER |

Before the court is the parties' stipulated motion to extend the discovery and dispositive motions deadlines. (Stip. Mot. (Dkt. # 51).) The current deadline for completion of discovery is April 22, 2024, and the dispositive motions deadline is May 21, 2024. (*See* Sched. Order (Dkt. # 42).) The parties' trial date is August 19, 2024. (*Id.*) The parties ask the court to extend their discovery deadline to allow them to conduct the depositions of (1) Harley Franco, principal of Defendant / Counter-Claimant

ORDER - 1

Lovel Briere, LLC ("Lovel Briere"), on May 16, 2024, and (2) Mathew Godden, Chief Executive Officer of Plaintiffs' parent company, on May 17, 2024. (Stip. Mot. at 1.) They also ask to extend the dispositive motions deadline to May 24, 2024. (*Id.*) The parties represent that scheduling conflicts, including Lovel Briere's attorney's need to care for his seriously ill spouse, have made it difficult to schedule the depositions before the discovery cut-off. (*Id*. at 1-2.)

The court grants the parties' stipulated motion but will not extend the noting date for the dispositive motions. The court issues scheduling orders setting trial dates and related dates to provide a reasonable schedule for the resolution of disputes. (*See* Sched. Order.) First, the court generally sets the discovery cut-off 30 days prior to the deadline for filing dispositive motions to ensure that the court has before it a complete record when it considers a motion that could potentially dispose of the case. (*See id.*) Second, the schedule generally provides 90 days between the deadline for filing dispositive motions and the trial date. (*See id.*) This 90-day period takes into account: (a) an approximate 30-day lag between the date a party files a motion and the date that motion becomes ripe for the court's consideration, *see* Local Rules W.D. Wash. LCR 7(d)(3); and (b) an additional 30 days during which the court endeavors to rule on the motion, *see id.* LCR 7(b)(5). Any reduction in the period between the noting date and trial risks leaving the parties inadequate time to consider the court's rulings and plan for trial or an alternative resolution.

Thus, the court (1) GRANTS the parties' stipulated motion (Dkt. # 51); (2) EXTENDS the discovery deadline to **May 17, 2024**, for the limited purpose of

completing the depositions of Mr. Franco and Mr. Godden; (3) EXTENDS the deadline to file dispositive motions to **May 24, 2024**; and (4) ORDERS the parties to file, by no later than **April 29, 2024**, a stipulated motion proposing a briefing schedule for their dispositive motions that accommodates the original **June 14, 2024** noting date.

Dated this 23rd day of April, 2024.

*[signature]*

JAMES L. ROBART
United States District Judge