UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OLYMPIC TUG & BARGE, INC., et al.,<br><br>        Plaintiffs / Counter-Defendants,<br><br>    v.<br><br>LOVEL BRIERE, LLC,<br><br>        Defendant / Counter-Claimant. | CASE NO. C22-1530JLR<br><br>ORDER |

On April 23, 2024, the court granted the parties' stipulated motion to extend (1) the discovery deadline for the limited purpose of conducting the depositions of Harley Franco and Mathew Godden and (2) the dispositive motions deadline. (4/23/24 Order (Dkt. # 52); *see* Stip. Mot. (Dkt. # 51).) The court did not, however, extend the noting date for dispositive motions, which was June 14, 2024, under the version of this District's Local Civil Rules that was in effect at the time. (*See* 4/23/24 Order at 2 (citing Local

ORDER - 1

Rules W.D. Wash. LCR 7(d)(3) (revised Feb. 2023)).)  The court ordered the parties to file, by no later than April 29, 2024, a stipulation setting forth a briefing schedule for dispositive motions that would accommodate the parties' agreed dispositive motions deadline and the June 14, 2024 noting date.  (*Id.* at 3.)

Although the April 29, 2024 deadline has expired, the parties have not filed the stipulation required by the court's April 23, 2024 order.  (*See* Dkt.)  Therefore, the court again ORDERS the parties to file a stipulation setting forth an agreed briefing schedule for their dispositive motions that accommodates the original June 14, 2024 noting date.  The parties shall file this stipulation by no later than **May 14, 2024**.  Failure to do so may result in sanctions against counsel for both parties for disobeying a court order.

Dated this 9th day of May, 2024.

JAMES L. ROBART
United States District Judge

ORDER - 2