The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OLYMPIC TUG & BARGE, INC., a Washington corporation, and HARLEY MARINE FINANCING, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>LOVEL BRIERE LLC, a Nevada limited liability company,<br><br>Defendant. | IN ADMIRALTY<br><br>Case No. 2:22-cv-01530-JLR<br><br>ORDER GRANTING STIPULATED MOTION TO SET BRIEFING SCHEDULE FOR DISPOSITIVE MOTIONS<br><br>[~~PROPOSED~~] |

This matter came before the Court upon the parties' Stipulated Motion to Set Briefing Schedule for Dispositive Motions (the "Motion"), and the Court having considered the Motion and the pleadings on file in this case, it is HEREBY ORDERED that the Motion is GRANTED. Any opposition to a dispositive motion must be filed on or before 12:00 p.m. PT on June 10, 2024, and any reply in further support of a dispositive motion must be filed on or before June 14, 2024.

///

///

///

///

///

DATED this 13th day of May 2024.

*[signature]*

The Honorable James L. Robart
UNITED STATES DISTRICT COURT JUDGE

Presented by:

| */s/ Kevin H. Marino* | s/ *Jess G. Webster* |
|---|---|
| Kevin H. Marino (Admitted Pro Hac Vice) | Jess G. Webster, WSBA No. 11402 |
| John D. Tortorella (Admitted Pro Hac Vice) | Drew F. Duggan, WSBA No. 50796 |
| Marino, Tortorella & Boyle, P.C. | Miller Nash LLP |
| 437 Southern Boulevard | 605 5th Ave S, Ste 900 |
| Chatham, NJ 07928-1488 | Seattle, WA 98104 |
| Telephone: 973.824.9300 | Telephone: (206) 624-8300 |
| Email: kmarino@khmarino.com | Email: jess.webster@millernash.com |
| Email: jtortorella@khmarino.com | Email: drew.duggan@millernash.com |
| Marino, Tortorella & Boyle, P.C. | *Attorneys for Defendant* |
| 437 Southern Boulevard | |
| Chatham, NJ 07928-1488 | |
| *Attorneys for Plaintiffs* | |
| */s/ Michael E. Gossler* | |
| Michael E. Gossler, WSBA No. 11044 | |
| Montgomery Purdue PLLC | |
| 5500 Columbia Center | |
| 701 Fifth Avenue | |
| Seattle, WA 98104-7096 | |
| (206) 682-7090 Tel | |
| (206) 625-9534 Fax | |
| Email: mgossler@montgomerypurdue.com | |
| *Attorneys for Plaintiffs* | |