The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| OLYMPIC TUG & BARGE, INC., a Washington corporation, and HARLEY MARINE FINANCING, LLC, a Delaware limited liability company,<br><br>        Plaintiffs,<br><br>LOVEL BRIERE, LLC, a Nevada limited liability company,<br><br>        Defendant. | IN ADMIRALTY<br><br>Case No. 2:22-cv-01530-JLR<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE<br><br>NOTE ON MOTION CALENDAR:<br>May 20, 2024, per LR 7(d)(1) |

## **STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

The Plaintiffs and Defendant have reached a settlement as to all remaining claims and counterclaims in this action. The parties stipulate and jointly move this court to enter the subjoined Order dismissing this action with prejudice, and without costs or attorney fees awarded to any party.

///

///

///

///

STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE- 1
(Case No. 2:22-cv-01530-JLR)

**MONTGOMERY PURDUE** PLLC
ATTORNEYS AT LAW
701 FIFTH AVENUE, SUITE 5500
SEATTLE, WA 98104-7096
TEL (206) 682-7090  FAX (206) 625-9534

DATED this 20th day of May, 2024.

| | |
|---|---|
| /s/ Kevin H. Marino<br>Kevin H. Marino (Admitted Pro Hac Vice)<br>John D. Tortorella (Admitted Pro Hac Vice)<br>Marino, Tortorella & Boyle, P.C.<br>437 Southern Boulevard<br>Chatham, NJ 07928-1488<br>Telephone: 973.824.9300<br>Email: kmarino@khmarino.com<br>Email: jtortorella@khmarino.com<br>Attorneys for Plaintiffs | s/ Jess G. Webster<br>Jess G. Webster, WSBA No. 11402<br>Drew F. Duggan, WSBA No. 50796<br>Miller Nash LLP<br>605 5th Ave S, Ste 900<br>Seattle, WA 98104<br>Telephone: (206) 624-8300<br>Email: jess.webster@millernash.com<br>Email: drew.duggan@millernash.com<br>Attorneys for Defendant |
| /s/ Michael E. Gossler<br>Michael E. Gossler, WSBA No. 11044<br>Montgomery Purdue PLLC<br>5500 Columbia Center<br>701 Fifth Avenue<br>Seattle, WA 98104-7096<br>(206) 682-7090 Tel<br>(206) 625-9534 Fax<br>Email: mgossler@montgomerypurdue.com<br>Attorneys for Plaintiffs | |

## ORDER

The parties having entered into the foregoing stipulation and joint motion, it is hereby ORDERED that the above captioned action is hereby dismissed with prejudice and without costs or attorney fees awarded to any party, and it is FURTHER ORDERED that the Injunction Bond posted by the Plaintiffs in this matter is hereby exonerated.

Dated May 21, 2024,

_____
The Honorable James L. Robart
United States District Judge

STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE- 2
(Case No. 2:22-cv-01530-JLR)

**MONTGOMERY PURDUE PLLC**
ATTORNEYS AT LAW
701 FIFTH AVENUE, SUITE 5500
SEATTLE, WA 98104-7096
TEL (206) 682-7090 FAX (206) 625-9534

4884-4048-3264, v. 1